UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-cr-00038-HDM-VPC |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| DAWAYNE WILLIS McDONALD, | ) ) | |
| Defendant. | ) ) | |

Defendant Dawayne McDonald's request for a copy of the sentencing transcripts is denied. The defendant has not articulated sufficient grounds to justify the preparation of a transcript from his sentencing. Defendant's request for free copies of the docket and the indictment is granted. Accordingly, defendant's motion (ECF No. 48) is granted in part and denied in part.

IT IS SO ORDERED.

DATED: This 7th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

1